**Tyrone DALE, Plaintiff–Appellant,**

v.

**Officer BAKER; Officer Fontaine; Officer Mosher; Officer Oliver, Defendants–Appellees.**

No. 12–6906.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 26, 2012.

Tyrone Dale, Appellant Pro Se. John Francis Breads, Jr., Matthew Douglas Peter, Hanover, Maryland, for Appellees.

---

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Dale appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dale v. Baker*, No. 1:11–cv–01552–ELH, 2012 WL 893261 (D. Md. Filed Mar. 13, 2012 & entered Mar. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*